**Mamadou Bailo DIALLO, Petitioner–Appellant,**

v.

**Melanie PERREIRA, Director of Howard County Detention Center; Calvin McCormick, District Director of Homeland Security and Bureau of Im-** migration and Customs Enforcement; Douglas Rippe, Supervisor of DHS/BICE Field Detention of Baltimore, Respondents–Appellees.

No. 07–7030.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2007.

Decided: Jan. 8, 2008.

Mamadou Bailo Diallo, Appellant Pro Se. George William Maugans, III, Special Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mamadou Bailo Diallo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Diallo v. Perreira,* No. 8:07–cv–00348–AW (D. Md. June 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*